UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2025 JAN 14 P 1: 25

_____
DEPUTY CLERK

Plaintiff(s), Lakeview Loan Servicing, LLC )
)
v. )  Civil No. 2:24-cv-00414-JAW
)
Defendant(s). Emily Christine )
Milewski and Jared Noah Arther Wheeler

REQUEST FOR MEDIATION

    I agree to submit my case to the State of Maine Foreclosure Diversion Program for mediation. I understand that at mediation, a neutral court mediator will meet with me and the lender to try to come to an agreement.

    I understand that upon signing and filing this form, that my case in Federal Court will be paused until the mediation is over. The Federal Court Clerk's Office will forward my case to the appropriate State Court Foreclosure Diversion Program for scheduling of a mediation meeting.

    I understand that if no agreement is reached at mediation, that there is no further involvement of the State Court or the Foreclose Diversion Program, and that my case will move forward in the Federal Court.

I prefer to have this mediation held (select one) by:

☐ Videoconference; ☒ Telephone; or ☐ In-Person

_____
Signature

_____
Printed name: Jared Wheeler

_____
Dated: 1/10/2025

500 N Judge Ely Blvd Apt 2-103
Abilene, TX 79601
Address

wheeljar1996@gmail.com
Email

603-490-4807
Phone number